MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
JUSTIN L. MARTIN, MO 62255
Special Assistant United States Attorney
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (206) 615-3735
E-Mail: justin.l.martin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SAMUEL OSEI KWARTENG,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 2:25-cv-1121-JDP<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME TO FILE THE ELECTRONIC CERTIFIED ADMINISTRATIVE RECORD AS THE ANSWER TO PLAINTIFF'S COMPLAINT |

Pending the Court's approval, the parties stipulate through their respective counsel that Defendant, the Commissioner of Social Security (the "Commissioner"), shall have a forty-five-day extension of time to respond to Plaintiff's Complaint in this case from June 23, 2025, up to and including August 7, 2025. In support of this request, the Commissioner respectfully states as follows:

1. Defendant's response to Plaintiff's Complaint is due to be filed by June 23, 2025.

Stip. For Ext; 2:25-cv-01121-JDP                -1-

Defendant has not previously requested an extension of this deadline.

2. In accordance with the Federal Rules of Civil Procedures, recently amended to add Supplemental Rules for Social Security review cases under 42 U.S.C. § 405(g), the Commissioner files a certified administrative record (CAR) as the Answer to a Complaint for review.

3. Counsel for the Commissioner has been informed by the client agency, which is the Social Security Administration, Office of Appellate Operations, that the CAR is not fully prepared in this matter. The client agency therefore needs more time to prepare the CAR for the Court's review.

4. For this reason, Defendant requests an extension to August 7, 2025 (45 days), to file an Answer or other response in this matter.

5. Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that he has no objection to this extension request.

6. This request is made in good faith and is not intended to delay the proceedings in this matter.

7. I am attempting to preserve limited judicial resources and have applied the most rapid response under the circumstances.

WHEREFORE, Defendant requests until August 7, 2025, to respond to Plaintiff's Complaint.

///

|   |   |
|---|---|
|   | Respectfully submitted, |
| DATE: June 3, 2025 | LAW OFFICES OF FRANCESCO BENAVIDES |
|   | */s/ Francesco Paulo Benavides\*<br>FRANCESCO PAULO BENAVIDES<br>Attorney for Plaintiff<br>(*as authorized via email on June 2, 2025) |
|   | MICHELE BECKWITH<br>Acting United States Attorney |
|   | MATHEW W. PILE<br>Associate General Counsel<br>Office of Program Litigation, Office 7<br>Social Security Administration |
| DATE: June 3, 2025    By | *s/ Justin L. Martin*<br>JUSTIN L. MARTIN<br>Special Assistant United States Attorney |
|   | Attorneys for Defendant |

ORDER

Pursuant to stipulation, it is so ordered.

IT IS SO ORDERED.

Dated:   June 3, 2025                     _____
                                          JEREMY D. PETERSON
                                          UNITED STATES MAGISTRATE JUDGE