ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
ERIN A. JURRENS, MO 61402
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (877) 833-2445
E-Mail: Erin.Jurrens@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMUEL OSEI KWARTENG,<br><br>   Plaintiff,<br><br>vs.<br><br>Commissioner of Social Security,<br><br>   Defendant. | Case No.: 2:25-cv-1121-JDP<br><br>STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from September 18, 2025, up to and including October 20, 2025.  This is Defendant's first request for an extension.

Defendant requests this extension in order to further consider the administrative record in light of the issues raised in Plaintiff's motion.  The undersigned has a number of competing deadlines in cases pending in this district.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Stip. for Ext.; 2:25-cv-01121-JDP                                1

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated: September 16, 2025 | /s/ *Paul Sachelari*\* |
| | (*as authorized via e-mail on September 16, 2025) |
| | PAUL SACHELARI |
| | Attorney for Plaintiff |
| Dated: September 16, 2025 | ERIC GRANT |
| | United States Attorney |
| | MATHEW W. PILE |
| | Associate General Counsel |
| | Social Security Administration |
| By: | /s/ *Erin Jurrens* |
| | ERIN JURRENS |
| | Special Assistant U.S. Attorney |
| | Attorneys for Defendant |

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including October 20, 2025, to respond to Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated:   September 16, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE